ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ANTHONY RIOS and MAGDALIA RIOS**,

    Plaintiffs,

- against -

**UNITED STATES OF AMERICA**,

    Defendant.

16 Civ. 9304 (LLS)

**ORDER**

Plaintiff having by letter dated December 9, 2019 informed the Court of her wish to discontinue this action, and there being no opposition, the Clerk will dismiss it without prejudice and without costs.

So ordered.

Dated: New York, New York
January 6, 2020

                                        *Louis L. Stanton*
                                      LOUIS L. STANTON
                                          U.S.D.J.